UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHCENE ZEMIRI,

    Petitioner,

    v.

BARACK H. OBAMA, President of the United States, *et al.*,

    Respondents.

Civil Action No. 04-2046 (CKK)

**ORDER**
(June 15, 2009)

The Court held a closed-session Status Hearing in the above-captioned case on June 12, 2009. The Court set a schedule for further proceedings based on the assumption that the Guantanamo Review Task Force operating pursuant to Executive Order No. 13,492 has not made any recommendations–and the Review Panel in connection with the same has made no decisions–that would render unnecessary or otherwise inefficient the further expenditure of judicial and party resources in this matter. To ensure that remains a correct assumption, it is, this 15th day of June, 2009, hereby

**ORDERED** that Respondents' counsel shall have an affirmative obligation to ascertain whether the Guantanamo Review Task Force has made any recommendations regarding the disposition of Petitioner and, if it has, to notify the Court of the same. If a recommendation regarding the disposition of Petitioner has been made, Respondents' counsel shall also have an affirmative obligation to ascertain whether the Review Panel has made any decisions in connection with the recommendation and, if so, to notify the Court with the results of such decisions; it is further

**ORDERED** that the obligations imposed on Respondents' counsel pursuant to this Order shall be immediate and ongoing.

**SO ORDERED.**

                                              /s/
                              **COLLEEN KOLLAR-KOTELLY**
                              United States District Judge